UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SATNAM SINGH

Petitioner,

v.

JEREMY CASEY, Warden of the Imperial Regional Detention Center; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States,

Respondents.

Case No.:  26-CV-293 TWR (VET)

**ORDER (1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS, (2) SETTING BRIEFING SCHEDULE, AND 3) PARTIALLY GRANTING PETITIONER'S TEMPORARY RESTRAINING ORDER**

(ECF Nos. 1, 2)

Presently before the Court is Petitioner Satnam Singh's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Pet.," ECF No. 1) and Motion for Temporary Restraining Order ("TRO Mot.," ECF No. 2.)  Accordingly, the Court **ORDERS** Respondents Jeremy Casey, Warden of the Imperial Regional Detention Center; Todd Lyons, Acting Director of Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States, **TO SHOW CAUSE** why the Petition should not be granted by filing a written response no later than 5:00 p.m. on Monday January 26, 2026.  Petitioner **SHALL SERVE** on Respondents

1

copies of both the Petition and this Order as soon as practicable and **SHALL FILE** proof of such service no later than 5:00 p.m. on Friday, January 23, 2026. Petitioner **MAY FILE** an optional Traverse in Support of his Petition, if any, no later than 5:00 p.m. on Wednesday, January 28, 2026. Additionally, the Court **SETS** an Order to Show Cause Hearing for Thursday, January 29, 2026, at 2:00 p.m. in Courtroom 14A.

As for Petitioner's Motion for Temporary Restraining Order (TRO Mot.), the Court **PARTIALLY GRANTS** Petitioner's request and, until further Order of this Court, **TEMPORARILY RESTRAINS** Respondents from transferring Petitioner outside of the Southern District of California while the Petition remains pending.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____
Honorable Todd W. Robinson
United States District Judge

26-CV-293 TWR (VET)